Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan DeForest, | **Case No.:** |
| Plaintiff, | 8:18-cv-00895-SJO-AS |
| vs. | |
| | **NOTICE OF SETTLEMENT** |
| Global Exchange Vacation Club *dba* Sunset Getaways; and DOES 1 through 10, inclusive, | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** March 7, 2019        **Law Offices of Todd M. Friedman, P.C.**

                                By: s/ Adrian R. Bacon
                                    Adrian R. Bacon, Esq.

## CERTIFICATE OF SERVICE

Filed electronically on March 7, 2019, with:

United States District Court CM/ECF system

Notification sent electronically on March 7, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon
Adrian R. Bacon, Esq.