Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan DeForest,<br><br>Plaintiff,<br><br>vs.<br><br>Global Exchange Vacation Club *dba* Sunset Getaways; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>8:18-cv-00895-SJO-AS<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear their own costs and attorney fees.

Respectfully submitted March 27, 2019

By: s/Adrian R. Bacon, Esq.
Adrian R. Bacon
Attorney for Plaintiff

Stipulation to Dismiss- 1

By: s/Joe Ehrlich
Joe Ehrlich
Attorney for Defendant

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: March 27, 2019

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/Adrian R. Bacon
ADRIAN R. BACON, ESQ.
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

Filed electronically on March 27, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on March 27, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

s/Adrian R. Bacon
  Adrian R. Bacon