

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dan DeForest, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | 8:18-cv-00895-SJO-AS |
| | ) | |
| vs. | ) | |
| | ) | (PROPOSED) ORDER |
| Global Exchange Vacation Club *dba* | ) | |
| Sunset Getaways; and DOES 1 through | ) | |
| 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this:_____4/1/19_____

_____S. James Otero_____
Honorable Judge of the District Court

Order to Dismiss - 1